USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
VICTOR LOPEZ, on behalf of himself and all
other persons similarly situated,

                                     Plaintiff,

-against-

WILLIAMS-SONOMA STORES, INC.,

                                     Defendant.
------------------------------------------------------------- X

19 Civ. 11770 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS the initial pretrial conference in this matter is scheduled for February 25, 2020;

WHEREAS no significant issues were raised in the parties' joint letter or proposed case management plan (Dkt. Nos. 9-10). It is hereby

**ORDERED** that the February 25, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. It is further

**ORDERED** that the parties' request to stay discovery is **denied**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances. It is further

**ORDERED** that, as noted in the joint letter to the Court (Dkt. No. 9), Defendant intends to file a motion to dismiss. Defendant shall file a letter, not exceeding three single-spaced pages, citing the controlling authorities that Defendant contends would warrant granting the motion, in accordance with the Court's Individual Rules, by **February 26, 2020**. Plaintiff shall respond by similar letter, in accordance with the Court's Individual Rules, by **March 4, 2020**.

Dated: February 19, 2020
      New York, New York

                                                 **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**