UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR LOPEZ, on behalf of himself and all :
other persons similarly situated, :
                                Plaintiff, :    19 Civ. 11770 (LGS)

            -against- :    ORDER

WILLIAMS-SONOMA STORES, INC., :
                             Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that all deadlines in the case management plan and scheduling order (Dkt. No. 12) shall be stayed pending resolution of the motion to dismiss (Dkt. No. 17).

Dated: June 5, 2020
       New York, New York

                                                     **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**