UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :

VICTOR LOPEZ, on behalf of himself and all   :
other persons similarly situated,                 :      19 Civ. 11770 (LGS)
                          Plaintiff,       :
                                            :      <u>ORDER</u>
                  -against-                 :
                                            :
WILLIAMS-SONOMA STORES, INC.,           :
                                  Defendant.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 18, 2020, the Court issued an Opinion & Order granting Defendant's motion to dismiss the First Amended Complaint. (Dkt. No. 24).

      WHEREAS the June 18, 2020, Opinion & Order stated that "Plaintiff may seek leave to replead within 14 days of the date of this Opinion." (Dkt. No. 24 at 5/5). It further stated that "[i]f Plaintiff does not timely file" a letter requesting to replead, "the Court will enter final judgment of dismissal and direct the Clerk of Court to close this case." (Dkt. No. 24 at 5/5).

      WHEREAS the fourteen-day deadline has passed and Plaintiff has not sought leave to replead. It is hereby

      **ORDERED** that this case is dismissed. The Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

Dated: July 3, 2020
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE